912

No. 777. FLEMING v. WOLKE, SHERIFF. Sup. Ct. Wis. Certiorari denied. *Ray T. McCann* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, *William A. Platz, Robert D. Martinson* and *Le Roy L. Dalton,* Assistant Attorneys General, and *Robert P. Russell* for respondent.

No. 779. SPANOS PAINTING CONTRACTORS, INC. v. UNION BUILDING & CONSTRUCTION CORP. C. A. 2d Cir. Certiorari denied. *Hamilton O'Dunne* for petitioner.

No. 781. DUO-BED CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Dale M. Stucky* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Melvin Pollack* for respondent.

No. 782. TUSCALOOSA & VICINITY DISTRICT COUNCIL OF TUSCALOOSA & SELMA, ALABAMA, ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Francis X. Ward, Bernard Dunau* and *C. Paul Barker* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 783. STOLLAR v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Charles A. Bellows* for petitioner. *Daniel P. Ward* and *Edward J. Hladis* for respondent.

No. 784. BATTEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Roland D. Hartshorn* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.